AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| JONATHAN MONTICELLO MILIAN | ) Case No. 3:25-mj-00101 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 17, 2025 in the county of Multnomah in the _____ District of Oregon, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2119 | Carjacking |

This criminal complaint is based on these facts:

See the attached affidavit of FBI Task Force Office Brett S. Hawkinson

☒ Continued on the attached sheet.

(By telephone)
*Complainant's signature*

Brett Hawkinson, Task Force Officer, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:45 a.m./p.m.

Date: April 10, 2025

*Judge's signature*

City and state: Portland, Oregon    Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*